**Lewis A. BRACKER, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 46634.**

Missouri Court of Appeals,
Western District.

May 4, 1993.

Lorry L. Kohrs, Asst. Appellate Defender, Kansas City, for appellant.

William L. Webster, Atty. Gen., Doug M. Ommen, Asst. Atty. Gen., Jefferson City, for respondent.

Before LOWENSTEIN, P.J., and SPINDEN and SMART, JJ.

### ORDER

PER CURIAM.

Appeal from denial of Rule 24.035 post-conviction motion without an evidentiary hearing.

Judgment affirmed. Rule 84.16(b).

**Robin JOHNSTON, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 47152.**

Missouri Court of Appeals,
Western District.

May 4, 1993.

Robert E. Steele, Asst. Public Defender, Kansas City, for appellant.

Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before SHANGLER, P.J., and TURNAGE and KENNEDY, JJ.

### ORDER

PER CURIAM.

Defendant appeals from the denial of a Rule 24.035 motion for post-conviction relief, without an evidentiary hearing.

The denial of post-conviction relief is affirmed. Rule 84.16(b).